UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL L. CARPENTER,<br><br>               Plaintiff,<br><br>    v.<br><br>THURSTON COUNTY,<br><br>               Defendant. | CASE NO. 3:21-cv-05859-BJR-JRC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Chief Magistrate Judge J. Richard Creatura, the briefs filed in support of and objection to the Motion for Summary Judgment, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendant's motion for summary judgment (Dkt. 23) is granted, and plaintiff's claims are dismissed with prejudice.

(3)    Plaintiff's *in forma pauperis* status is revoked for purposes of any appeal.

(4)    The Clerk is directed to send copies of this order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

DATED this 10th day of August, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge